# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAUL BOROVAC,** ) | |
| ) | |
| Plaintiff, ) | Case No. 8:14CV361 |
| ) | |
| vs. ) | |
| ) | |
| **NATIONAL RAILROAD PASSENGER** ) | |
| **CORPORATION, doing business as** ) | **ORDER** |
| **Amtrak, and CONEXIS BENEFITS** ) | |
| **ADMINISTRATORS, LP,** ) | |
| ) | |
| Defendants. ) | |

The Complaint in this case was filed on November 19, 2014.  On the same date, the summonses were requested and issued.  To date, there has been no return of service.

Accordingly,

**IT IS ORDERED** that by or before **April 8, 2015**, Plaintiff shall show cause, by affidavit, why this action should not be dismissed.  Failure to comply with this Order may result in a recommendation to the Honorable Laurie Smith Camp that this case be dismissed without further notice.

**DATED: March 30, 2015.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**