# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL BOROVAC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV361 |
| | ) | |
| V. | ) | |
| | ) | |
| NATIONAL RAILROAD | ) | FINDINGS AND |
| PASSENGER CORPORATION, and | ) | RECOMMENDATION |
| CONEXIS BENEFITS | ) | |
| ADMINISTRATORS, LP, | ) | |
| | ) | |
| Defendants. | ) | |

The Complaint in this case was filed on November 19, 2014.  (Filing 1.)  On the same date, the summonses were requested and issued.  To date, there has been no return of service.

On March 30, 2015, the undersigned issued an order directing Plaintiff to show cause why this action should not be dismissed by April 8, 2015.  (Filing 6.)  Plaintiff has not responded to the show cause order.

Accordingly,

**IT IS RECOMMENDED** to Chief District Court Judge Laurie Smith Camp that this action be dismissed.

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation.  Failure to timely object may constitute a waiver of any objection.

**DATED April 10, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**