# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL BOROVAC,<br><br>           Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, and CONEXIS BENEFITS ADMINISTRATORS, LP,<br><br>           Defendants. | 8:14CV361<br><br>ORDER OF DISMISSAL |

    Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 7) recommending that this case be dismissed for failure to prosecute. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

    IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 7) are adopted in their entirety; and

2. The above-captioned case is dismissed without prejudice.

Dated this 6th day of May, 2015.

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp
                                                    Chief United States District Judge